# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-15-00481-CV

---

**L. D. N., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-14-000279
### THE HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant L.D.N. filed his notice of appeal on July 20, 2015. The appellate record was complete August 4, 2015, making appellant's brief due August 24, 2015. To date, appellant's brief has not been filed.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than September 18, 2015. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on September 8, 2015.

Before Chief Justice Rose, Justices Pemberton and Field